# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

**I. (a) PLAINTIFFS**
Nadine Prince, 2603 Stanton Road, SE, Washington, D.C. 20020

**DEFENDANTS**
District of Columbia Government, 600 4th Street, N.W., Washington, D.C. 20001

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Wendell C. Robinson, 7600 Georgia Ave. N.W., # 203, Washington, D.C. 20012

**ATTORNEYS (IF KNOWN)**
Chad Copeland, Deputy DC Atty. General, 400 6th Street, N.W., Washington, D.C. 20001

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)** OR **○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

Other Statutes
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application

- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ⊙ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
The Plaintiff's home was broken into in violation of the fourth amendment to the U.S. Constition and 42 USC Sec. 1983.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 250000<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☒   NO ☐ |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |
| DATE: 6-27-2022 | SIGNATURE OF ATTORNEY OF RECORD *Wendell C. Robinson* | | |

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Nadine Prince )
2603 Stanton Road, Se )
Washington, D.C. 20020 )
 )
 )
*Plaintiff(s)* )
v. ) Civil Action No.
District of Columbia Government )
400 6th Street, N.W. )
Washington, D.C. 20001 )
 )
 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* District of Columbia Government
400 6th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Wendell C. Robinson, Esq.
7600 Ga. Ave. N.W., Suite 203'
Washington, D.C. 20012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nadine Prince                               :
2603 Stanton Road, SE                       :
Washington, D.C. 20020                      :
                                            :
    Plaintiffs                            :
                                            :
v.                                          :   CASE NO:
                                            :
DISTRICT OF COLUMBIA                        :
Serve: Chad Copeland, Deputy Atty Gen.      :
600 4th Street, N.W.                        :
Washington, D.C. 20001                      :
                                            :
    Defendant                             :

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, INVASION OF PRIVACY, TRESPASS, AND FALSE IMPRISONMENT

Comes now Nadine Prince, Prince, by and through undersigned counsel, and sues the District of Columbia, District, stating:

### JURISDICTION

1. This court has jurisdiction pursuant to: 28 U.S.C. §§ 1331, 1346 (a)(2), 1391 (b)(c), 2401, 2671, 42 U.S.C. § 1983, 18 U.S.C. § 3109, and the Fourth amendment to the United States Constitution.

### PARTIES

2. Prince is a resident of the District of Columbia She was a resident, at all times relevant to this cause of action.

3. District is a sovereign government operating as the District of Columbia Government. Muriel Bowser is the District's duly elected Mayor. She was its Mayor, at all times relevant to this cause of action.

1

3. The District of Columbia's Metropolitan Police Department, Police is under the direction supervision of District's chief executive, Muriel Bowser, the District's duly elected Mayor. Police's officers are employees of the District and all acts alleged herein, were done, while they were working within the scope of their employment as the District's agents, servants, and/or employees.

## FACTS

4. On Wednesday, May 25, 2022, at: approximately 5:00am, while asleep, in her house, Prince was awakened by a loud noise. Before she knew what was happening, members of the District's metropolitan police department, without first knocking to announce their authority and purpose, broke down the door, to her house, and entered it. As they barged into her house, Prince asked what's going on? She was told to come downstairs where the Police had handcuffed her 25-year-old son. When she came downstairs, she was told to sit down and don't move. They were numerous police officers rummaging through her house.

5. Prince asked to see their warrant but the police officers refused to do so. They were in her house for approximately an hour and half, but did not seize anything in there.

6. The Police negligently broke into the wrong house. When they broke into Prince's house, it was done in violation of her civil rights, her fourth amendment rights, and she was falsely imprisoned, causing her to suffer emotional distress.

## Count I
## Violation of Civil Rights

7. Prince incorporates, by reference, the allegations in paragraphs 1-6, into this count as fully as if plead herein:

8. **Title 42 U.S.C. § 1983** provides:

2

> "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

9. The Fourth Amendment, to the United States Constitution, prohibits unreasonable searches and seizures. It reads:

> "….The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

10. When the police officers broke into Prince's house, it was a breaking because they failed to first knock, on her door, and give notice of who they were and why they were there before entering her house. The police would be justified, in breaking down Prince's door, if they were refused admission, to her house, after first stating their authority and purpose, or if there were exigent circumstances that would justify breaking down the door, to her house, without first stating their authority and purpose.

11. The police's entry, into Prince's house, was also in violation of: **18 U.S.C. § 3109. (Breaking doors or windows for entry or exit)**. This Statute reads:

> **The officer may break open any outer or inner door or window of a house, or any part of a house, or anything therein, to execute a search warrant, if, after notice of his authority and purpose, he is refused admittance or when necessary to liberate himself or a person aiding him in the execution of the warrant.**

The requirements of this statute are also in D.C. Superior Court Crim. Rule 41 (e) (3). It reads:

3

**(3) *Manner of Execution*. An officer or agent executing a warrant directing a search of a dwelling house, other building, or vehicle may break and enter any of these premises pursuant to *18 U.S.C. § 3109*. An officer or agent executing a warrant directing a search of a person shall give, or make reasonable effort to give, notice of the officer's or agent's identity and purpose to the person.**

12. When the police officers broke into Prince's house, it was done in violation of her constitutional rights, under the fourth amendment of the United States Constitution, and in violation of: **18 U.S.C. § 3109**. When the ~~police officers~~ broke into her house, they did so while attempting to enforce District's laws, rule(s), regulation(s) statute(s), ordinance(s), and practice(s) while acting within the scope of their employment as District's agents, servants, and employees.

13. As a direct result, and proximate cause, of the District's violation of Prince's constitutional rights, under the fourth amendment of the United States Constitution, and **18 U.S. C. § 3109**, she was caused to suffer emotional distress, shame, embarrassment, and disgrace.

**Wherefore the premises considered**, Prince demands judgment in the amount of: $250,000.00 in compensatory damages against the District.

## COUNT II
## INVASION OF PRIVACY

14. Prince incorporates, by reference, the allegations in paragraphs 1-13, into this count, as fully as if plead herein.

**12. Title 42 U.S.C. § 1983** reads, in pertinent part, as follows:

> "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such

4

officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

15. Prince, like most people, has a special sense of privacy and seclusion in the sanctity of her home. The police are only authorized to violate that sanctity if, after giving notice of their authority and purpose, to enter a house, their admission, to the citizen's home is denied. **See, 18 U.S. C. § 3109**. There is no evidence that the police officers first knocked on Prince's door, announced their authority, and purpose, but admissions was denied, before breaking into her house. In the absence of any such evidence, the entry into Prince's house constitutes an invasion of her seclusion and privacy.

16. As a direct result, and proximate cause, of the police officer's actions, done while working within the scope of their employment, as the District's agents, servants, and/or employees, their entry, into Prince's house, caused her to suffer emotional distress.

**Wherefore the premises considered**, Prince demands judgment in the amount of: $250,000,00, in compensatory damages, against the District.

## Count III
## Trespass

17. Prince incorporates, by reference, the allegations in paragraphs 1-16, into this Count, as fully as if plead herein.

18. On May 25, 2022, when the police broke into Prince's house they did so without her consent, without just cause and legal justification to do so, and while working within the scope of their employment, as the District's agents, servant, and/or employees.

5

19. As a direct result, and proximate cause, of the District's trespass, Prince's property was destroyed and she'll have to spend time, money, and effort to repair her property.

**Wherefore the premises considered,** Prince demands judgment in the amount of $250,000.00 compensatory damages against the District.

## Count IV
## False Imprisonment

20. Prince incorporates, by reference, the allegations in paragraphs 1-19, into this Count, as fully as if plead herein.

21. On Wednesday, May 25, 2022, at: approximately 5:00am, while asleep, in her house, Prince was awakened by a loud noise, before she knew what was happening, police officers, without first knocking to announce their authority and purpose, broke down the door, to her house, and entered it. As they barged into her house, Prince asked what's going on? She was told to come downstairs, where the police had handcuffed her 25-year-old son, and was told to sit down, and don't move. They were numerous police officers rummaging through Prince's house.

22. As a direct result, and proximate cause, of the police's actions, done while working within the scope of their employment as the District's agents, servants, and/or employees, Prince's was denied freedom of locomotion, humiliated, subjected to unjustified false imprisonment, and detained, without just cause and/or legal justification, causing her to suffer extreme emotional distress.

**WHEREFORE, THE PREMISES CONSIDERED,** Prince demands judgment, in the amount of $250,000.00 compensatory damages, against the District.

## JURY DEMAND

23. Prince demands a trial by jury.

Respectfully submitted,

*Wendell C. Robinson*

Wendell C. Robinson, 377091
7600 Georgia Ave. N.W. Suite 203
Washington, D.C. 20012
202-223-4470 Phone, 202-726-9060 Fax
Grindstonelaw@aol.com

7